UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| Case No. | EDCV 13-2283 DSF (DTBx) | Date | 12/16/13 |
|---|---|---|---|
| Title | THM Enterprise LLC v. Angela Boyd | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to Superior Court of California, County of San Bernardino

  This matter was removed from state court on December 11, 2013, based on federal question and diversity jurisdiction. The complaint is a state law unlawful detainer complaint and does not state a federal cause of action. Federal jurisdiction is based on the plaintiff's complaint and not on any federal counterclaims or defenses that a defendant might assert. See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002). And while it appears that the amount in controversy likely exceeds $75,000, Defendant provides no allegations regarding the citizenship of the Plaintiff. Therefore, diversity jurisdiction has not been established.

  The case is REMANDED to the Superior Court of California, County of San Bernardino.

  IT IS SO ORDERED.